==============================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.    1:05cv405 (DNH/DRH)

BEULAH JEFFORDS,

    Plaintiff,

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

_____    JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__    DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Secretary is REVERSED and the action is REMANDED for rehearing pursuant to the 4th sentence of 42 USC Section 405(g), in accordance with the Stipulation signed by the parties and "So Ordered" by USMJ David R. Homer on 11/29/05.

DATE: __November 30, 2005__

    *[signature: Lawrence K. Baerman]*
Clerk of Court

By: __s/William J. Griffin__
    DEPUTY CLERK